MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CAROLYNE ARANGO SANIN (DCBN 499564)
Special Assistant United States Attorney
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5596
   Facsimile: (408) 535-5066
   carolyne.sanin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   11-CR-741   LHK |
|     Plaintiff, ) | STIPULATION AND [P~~ROPOSED~~] ORDER CONTINUING HEARING TO FEBRUARY 8, 2012 |
| v. ) | |
| SAUL FARIAS-HERNANDEZ, ) | |
|     Defendant. ) | |

    The Parties, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for December 21, 2011 at 10 am be vacated, and that the hearing be re-set for February 8, 2012 at 10 am. The parties are requesting the continuance of the hearing due to the need for additional time for effective preparation, the need to jointly negotiate a resolution in this matter, and for the continuity of counsel, given that government counsel will not be available on December 21, 2011.

    The parties stipulate that the time between December 21, 2011 and February 6, 2012, is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree

1

that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: December 8, 2011          MELINDA HAAG
United States Attorney

___/s/_____
Carolyne A. Sanin
Special Assistant United States Attorney


___/s/_____
Manuel Araujo
Attorney for Defendant

## [~~PROPOSED~~] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for December 21, 2011 at 10 am is vacated, and the matter is continued to February 6, 2012 at 10 am.

IT IS SO ORDERED.

DATED: 12/15/11        _____/s/ Lucy H. Koh_____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE